# United States Court of Appeals for the Fifth Circuit

————————————

No. 23-50701
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Eric Silva-Gomez,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CR-152-5

————————————————————————

Before Jolly, Engelhardt, and Douglas, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Eric Silva-Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Silva-Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

————————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50701

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.